IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADEDEJI ADENIRAN,**

    **Plaintiff,**

v.                                           Case No. 4:24-cv-450-AW-MAF

**STEVEN KUNZ,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 4), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on January 21, 2025.

                                          s/ *Allen Winsor*
                                          United States District Judge